**Order entered August 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00541-CV
No. 05-21-00542-CV
No. 05-21-00543-CV
No. 05-21-00544-CV

**IN RE DRALON PATTERSON, Relator**

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-75183-PL,**
**F19-75218-PL, F19-25779-QL & F19-40572-PL**

**ORDER**

Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    AMANDA L. REICHEK
            JUSTICE